CR   07   00493   JW PVT

E-FILING

FILED

**PROB 22**

TRANSFER OF JURISDICTION

| | |
|---|---|
| Docket No. (Transferring Court) | 4:02CR3097 |
| Docket No. (Receiving Court) | 2007 JUL 30 P 3: 14 |

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J

Name and Address of Probationer/Supervised Releasee:
Geno King
1187 Second Street #B
Monterey, CA 93940

| | |
|---|---|
| District: Nebraska | Division: Lincoln |

Name of Sentencing Judge: The Honorable Richard G. Kopf, United States District Judge

Dates of Supervised Release -    From: January 30, 2006
                                 To: January 29, 2011

Offense:

Possession with Intent to Distribute Cocaine Base - 21 U.S.C. 841(a)(1) & (b)(1)

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the District of Nebraska

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Northern District of California (San Jose), upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.

June 29, 2006
_____
Date

_____
The Honorable Richard G. Kopf
United States District Judge

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the Northern District of California (San Jose)

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer or supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 25, 2007
_____
Effective Date

_____
United States District Judge